IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | : | CASE NO. 3:25-cr-00026 |
| Plaintiff, | : | Judge Thomas M. Rose |
| vs. | : | INDICTMENT<br>18 U.S.C. §2113(a) |
| **FRANCIS PETER SUMNER**, | : | |
| Defendant. | | |

**THE GRAND JURY CHARGES THAT**:

<u>**COUNT ONE**</u>
**18 U.S.C. § 2113(a).**

On or about the 16th day of March, 2025, in the Southern District of Ohio, the defendant **FRANCIS PETER SUMNER**, did enter the 5th/3rd Bank Branch located at 1 East Main Street in Trotwood, Ohio, with the intent to commit a larceny in said bank, to wit: to steal money from inside a locked automatic teller machine (ATM) which was then in the care, custody and control of said bank, whose deposits were then insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Section 2113(a).

A  T R U E  B I L L

_____
F  O  R  E  M  A  N

KELLY A. NORRIS
Acting United States Attorney

*Dwight K. Keller*
_____
DWIGHT K. KELLER (0074533)
Assistant United States Attorney